1  ALAN R. BRAYTON, ESQ., CA S.B. #73685
   DAVID R. DONADIO, ESQ., CA S.B. #154436
2  Email: DDonadio@braytonlaw.com
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California  94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiffs

7

8                     **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10

11 DONALD STEVENS and                    )  No.  3:14-cv-04502-WHA
   MARIT STEVENS,                        )
12                                       )  **STIPULATION FOR DISMISSAL**
              Plaintiffs,                )  **WITH PREJUDICE OF ASBESTOS**
13                                       )  **EXPOSURE CLAIMS OCCURRING**
   vs.                                   )  **ON OR AFTER DECEMBER 5, 1980**
14                                       )  **FROM DEFENDANT FOSTER**
   FOSTER WHEELER LLC (FKA               )  **WHEELER LLC (FKA FOSTER**
15 FOSTER WHEELER CORPORATION),          )  **WHEELER CORPORATION)**
                                         )
16            Defendant.                 )
   .                                     )
17                                       )
                                         )
18                                       )
                                         )
19                                       )
                                         )
20 _____   )

21

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

                                         1
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR
AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER
CORPORATION)

1    Plaintiffs and Defendant hereby dismiss all allegations, if any, related to exposure to
2    asbestos on or after December 5, 1980, as to Defendant FOSTER WHEELER LLC (FKA
3    FOSTER WHEELER CORPORATION), and hereby amends his or her complaint(s)
4    accordingly.

7    Dated: July 15, 2015              BRAYTON ❖PURCELL LLP

9                                By:   s/ David R. Donadio
                                       DAVID R. DONADIO, CA S.B. #154436
10                                     DDonadio@braytonlaw.com
                                       Tel: (415) 898-1555
11                                     Fax: (415)898-1247
                                       Attorneys for Plaintiffs

14   Dated:  July 16, 2015              HUGO PARKER, LLP

17                                By :  _____
                                        SHELLEY K. TINKOFF, CA S.B. #187498
                                        Attorneys for Defendant
18                                      FOSTER WHEELER LLC (FKA FOSTER WHEELER
                                        CORPORATION)

2
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)

**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD STEVENS and MARIT STEVENS,<br><br>    Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>    Defendant. | No. 3:14-cv-04502-WHA<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) are hereby dismissed with prejudice.

Dated: July 17, 2015.         By: _____
                                  William Alsup
                                  United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)