IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD STEVENS and MARIT STEVENS,

    Plaintiffs,

v.

FOSTER WHEELER (fka FOSTER WHEELER CORPORATION),

    Defendant.

No. C 14-04502 WHA

**NOTICE RE FUTURE DATES**

    The parties have filed notice that they have reached a settlement and request that all future hearings and deadlines be vacated while they finalize the terms. The parties are hereby on notice that all hearings and deadlines will remain in place until the parties file a formal stipulated dismissal.

Dated: October 20, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE